441 GROW ET AL. vs. CIRCUIT JUDGE (Bay), No. 14137.

To compel the vacation of an order requiring relators, at the instance of creditors who had brought suit, to produce and deposit with the clerk of the court, for inspection by the attorneys for the creditors, defendants' books of account.

Granted June 2, 1894, with costs.

442 CUMMER ET AL. vs. CIRCUIT JUDGE (Kent), 38 M., 351.

To vacate an order of discovery, compelling the production of a party's business books.

Granted February 1, 1879.

443 PETRIE vs. CIRCUIT JUDGE (Muskegon), No. 12539, 90 M., 265.

To require respondent to make an order for the production of certain books, in which the transactions, respecting which an accounting had been ordered, were entered.

Granted February 10, 1892, with costs.

444 GERMANIA FIRE INSURANCE COMPANY vs. CIRCUIT JUDGE (Newaygo), 41 M., 258.

To vacate an order requiring the relator in a suit by it, brought upon a bond given by an agent, against said agent and the sureties, to produce certain papers to enable the defendants to prepare for their defense.

Denied July 1, 1879.